IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 DEC -7

Roscoe Lewis Holloway
Full name and prison number of plaintiff(s)

v.

Jailer - John Motes

Jailer - Johnathan Heard

_____

Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 3:05cv1155-F
(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( )  No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes (X)  No ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) I, Roscoe Holloway had to eat my lunch where there was exposed blood dripped over my cell floor and bed
      Defendant(s) Wright, Meadows, and Spradlin.

   2. Court (if federal court, name the district; if state court, name the county) Middle District of Alabama United States District Court

   3. Docket No. (Case No.) 3:03cv995-T

   4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _Still Pending in the Middle District of Alabama_

6. Approximate date of filing lawsuit _8/26/03_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Randolph County Jail P.O. Box 347 Wedowee Alabama 36278_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Randolph County Jail P.O. Box 347 Wedowee Alabama 36278_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Jailer - John Motes | P.O. Box 328 Wedowee Alabama 36278 |
| 2. | Jailer - Johnathan Heard | 809 Main St. Roanoke City Hall, Roanoke Al. 36274 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _November 24th 1995 at 9:00 AM._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Injury and assault caused by two inmates that where supposed to be detained by Jailer John Motes and Jailer Johnathan Heard_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

On November 24th, 1995 at 9:00 AM at the Randolph County Jail, I Roscoe Holloway suffered multible contusions, chin laceration, and injury to my little finger on left hand because jailers Motes and Heard came to cell block "A" and smelt marijuana and interrogated into who had the marijuana. I, Roscoe Holloway spoke as to who had the marijuana, which where inmate David Lynch and inmate Ramone Morgan. The two inmates where then taken downstairs and charged, and brought back to cell block "A" where I, Roscoe Holloway was housed, neglecting my safety from the two inmates that caused these injuries. Medical records of incident are attached on back of this form.

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____
_____
_____
_____
_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____
_____
_____
_____
_____

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I, Roscoe Holloway would like summary judgement. I would like to be compensated for my suffering, pain, and anguish because they very well knew the risk of my safety being violated by the two inmates after they where charged with their offense, and put back into the same block with I, Roscoe Holloway, and I would like no form of retaliation brough upon me by the for said county.

*Roscoe Holloway*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12/8/05 .
                  (date)

*Roscoe Holloway*
Signature of plaintiff(s)