EMERGENCY ROOM • OUTPATIENT RECORD

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 055749 | 2 | Holloway Roscoe L | 31 | 1-1-64 | M | SB | 11-24-95 | 9:50 | A1 |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| Rt 1 Box 214 | | Wedowee | AL | 36278 | 863-7241 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 419 98 842 | Collier Marie | Foster Mom | Welch Ala | 863-6287 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE | ACCIDENT |
|---|---|---|---|---|
| | | 11-24-95 | Jail Ran Co | |
| | | TIME 9:00 | EVENT Fighting | |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| Randolph Co Probate | P.O. Box 249 | Wedowee | AL | 36278 | 205 357.4938 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL. TELEPHONE |
|---|---|---|---|

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | FAMILY PHYSICIAN |
|---|---|---|---|---|
| | | | 11476 | Robinson LM |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS
1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

| DATE | TIME | SIGNED PATIENT | SIGNED GUARANTOR |
|---|---|---|---|
| | | Roscoe Holloway | Roscoe Holloway |

CHIEF COMPLAINT (If Accident State How, When, and Where)
Cut under chin

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| 98.7 | 100 | 20 | 144/96 | | None | Robinson | |

NURSES NOTES:
C/O pain in Left hand, cut in chin, got hit Left temple + stomach.

NURSE'S SIGNATURE (RN OR LPN): Wade Davidson RN

LAB DATA (Including X-Rays, EKGs, etc.) CBC, SMA-7 U/A, C-spine, skull, L Hand

PHYSICIAN'S REPORT:

See dictation

DIAGNOSIS: 924.8

TREATMENT:
Clean with H2O2 twice a day.
Return to ER tomorrow

CONDITION ON DISC: STABLE

INSTRUCTIONS TO PATIENT:
Pt instructed to go to Roanoke for CT scan of head with officer John Mote.

FOLLOW UP WITH: [signature] M.D.

PATIENT'S SIGNATURE ON DISCHARGE: Roscoe Holloway
DATE - TIME OF DISC: 11-24-95 11:25 AM
PHYSICIAN'S SIGNATURE: [signature]

BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP INSTRUCTIONS RECEIVED

MEDICAL RECORDS

MCDOWELL HOSPITAL
[address illegible]
[city], AL [zip]

EMERGENCY ROOM NOTES

| NAME | NUMBER | SEX | AGE | ADMIT | DISC | MED.RECORD# | TYPE | ROOM# |
|------|--------|-----|-----|-------|------|-------------|------|-------|
| HOLLOWAY ROSCOE L | 053540 | M | 31 | 11/24/95 | 11/24/95 | | | O/P |

DATE OF BIRTH: 1/01/1964
PHYSICIAN: 5300 ROBINSON MICHAEL T       PHYSICIAN ROBINSON M

S: Patient states that he got into a fight while in the county jail, stated that two individuals and he were in the fight. Stated that he was injured in his left hand when one of them threw a cooler at him and he stopped it with his hand. Was also complaining of pain in his right temple and jaw, stated that he was hit in the left side of the head with a full can of soft drink. Currently states that it feels like something is bleeding in his head. Also complains of jaw pain. He was hit on the chin with another can of drink, [redacted] [redacted]. Patient also complains of neck and shoulder pain. States that at one point he was choked nearly into unconsciousness. Also states that his stomach hurts. He was kicked probably 20 times in the stomach. Denies any injury to the groin. Patient states he now feels weak, like he might pass out. Complains of temporal pain, jaw pain, neck and shoulder pain, really states that his stomach feels pretty good right now. Also complains of left hand pain.

O: GEN: Alert 0x3, agitated, asked that a picture be taken of his chin. I assured him that it would be described in the report.
HEENT: Minimal edema over the left eyebrow, no abrasions noted to the temple. Otherwise, normal cephalic, atraumatic, TMs clear although partially occluded with cerumen. [redacted]. He is able to clench his teeth although he states that it hurts a little when he bites down hard. Teeth all appear intact. PERRLA, EOMI. Nasal pharynx shows no blood. No blood in the TMs.
NECK: Supple, mild tender to palpation, no obvious bruise marks or abrasions on his neck.
CV: RR
LUNGS: Clear
ABD: Soft, mild tenderness to palpation, negative Lloyd sign
EXT: Full ROM x4 other than left hand which shows decreased ROM left little finger. Neurosensory is decreased in terms of 2 point tactile distally in the little finger. There is some edema of the PIP joint.
NEURO: Cranial nerves 2-12 are grossly intact.
RECTAL: Heme-negative, non-tender.

A: (1) Multiple contusions
   (2) Chin laceration
   (3) Injury to left little finger status post altercation.

P: Anesthesia 1% Lidocaine to the chin. Cleaned with hydrogen peroxide. Placed 6 simple sutures with 4-0 Ethilon. Sent the patient for a CT of the head, did C-spine and film of left hand which showed a possible fracture of the

WEDOWEE HOSPITAL
209 North Main Street
Wedowee, AL 36278

EMERGENCY ROOM NOTES

| NAME | NUMBER | SEX | AGE | ADMIT | DISC. | MED.RECORD# | TYPE | ROOM# |
|---|---|---|---|---|---|---|---|---|
| HOLLOWAY ROSCOE L | 053949 | M | 31 | 11/24/95 | 11/24/95 | | O/P | |

DATE OF BIRTH: 1/01/1964
PHYSICIAN:   5300 ROBINSON MICHAEL T                  PHYSICIAN
                                                     ROBINSON M

left little finger, however it is very subjective--I'll await reading by radiologist in the morning before applying case. Currently placed him in a splint. Also checked U/A, did CBC and SMA-7 which all appeared normal. Discussed with him and the jailer the need for him to only take Tylenol for his headaches, aches and pains due to the fact that I am concerned about bleeds or further stomach trouble occurring and the patient being too drowsy to notify the authorities. Return in two days for suture check and sutures out in about 7 days. Return immediately if any signs of head injury occurs, especially nausea, vomiting. Also spoke with him about the possibility of his having further injury to his stomach, specifically told him to return quickly if stomach pain ensues or nausea develops.

D:  11-24-95
T:  11-27-95
MTR:bmj

SIGNED: _____
        MICHAEL T. ROBINSON, D.O.

2

## WEDOWEE HOSPITAL — WEDOWEE, ALABAMA 36278

MISCELLANEOUS—LAB.

DIAGNOSIS

- [ ] ROUTINE
- [ ] PREOP.
- [ ] STAT, EMERGENCY
- [ ] TODAY
- [ ] DRAWN STAT

DATE REQUIRED

REQUESTING PHYSICIAN

NURSE

SPECIMEN DRAWN BY

DATE    TIME

Holloway, Roscoe  096034

Robinson

11/24/95

- [ ] OUTPATIENT

SPECIMEN: CBC, SMA-7

TEST REQUIRED: U/A

REPORT:

REPORT (cont'd.): 10:26 AM

TECHNOLOGIST: BPL+

DATE REPORTED: 11-24-95

FORM MCD-723

MEDICAL RECORD — MISCELLANEOUS—LAB.

---

## WEDOWEE HOSPITAL    P.O. BOX 307    WEDOWEE, AL 36278

CHECK TEST(S) NEEDED

Name: Holloway Roscoe
Room No. (Address): ER
Physician: Robinson
Adm. date: 11-24-95
Age: 
Sex: M
Time:

URINALYSIS I

| TEST | NORMAL VALUE | RESULT |
|---|---|---|
| ROUTINE | | |
| VOIDED | | |
| R-KIDNEY | | |
| L-KIDNEY | | |
| STAT | | |
| CATH | | |
| 24 HOUR VOLUME | | |
| BLADDER | | |
| Color | | Yellow |
| Clarity | | Clear |
| (pH) | | 6.0 |
| Specific Gravity | | 1.030 |
| Albumin | | Trace |
| Leukocyte Esterase | | |
| Glucose | | |
| Nitrite | | |
| Ketones | | |
| Bilirubin | | |
| Urobilinogen | | Trace |
| Blood | | |
| MICROSCOPICS | | |
| WBC | | 0-5 |
| RBC | | 2-3 |
| Epi Cells | | |
| Casts | | |
| Crystals | | |
| Bacteria | | |
| Trichomonas | | |
| Mucus | | |
| PREGNANCY TESTS | | Neg |
| OTHER | | |
| PKU (phenestix) | | |
| CULTURE (results to follow) | | |

Signed: _____ date _____ time _____
Condition of Specimen: _____
Tech: BPL+
Time: 11:57AM
Date Reported: 11-24-95

TOTAL CHARGE: 
Form 1701

---

LAB NO. _____
SPECIMEN:
- [x] BLOOD
- [ ] OTHER
DATE: 11-24-95
TIME: 10:26 AM
TECH: _____
- [x] CBC AND DIFF
- [ ] CBC W/O DIFF

- [ ] ROUTINE
- [ ] PRE-OP
- [ ] ASAP
- [ ] STAT

PATIENT NO. _____    ROOM NO. ER
PATIENT NAME: Holloway, Roscoe    AGE: ___   SEX: M
ADDRESS:
DOCTOR: Robinson

### HEMATOLOGY

| ✓ | TEST | NORM | RESULT | ✓ | TEST | NORM | RESULT | ✓ | TEST | NORM | RESULT | TEST | NORM | RESULT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WBC | 5.0 - 10.0 | 5.6 | | Sed. Rate | 0 - 10 | | | DIFFERENTIAL: | | | Polychromasia | | |
| | RBC | 4.5 - 6.0 | 4.96 | | Retic | 1% - 2% | | | Segs | | 47 | Hypochromasia | | |
| | Hgb | 12 - 18 | 14.2 | | NRBC | | | | Bands | | | Poik | | |
| | Hct | 38 - 45 | 43.4 | | | | | | Lymphs | | 47 | Aniso | | |
| | MCV | 82 - 90 | 87.4 | | PT | CONTROL | | | Monos | | 6 | Micro | | |
| | MCH | 27 - 32 | 28.6 | | | PATIENT | | | Eos | | | Macro | | |
| | MCHC | 33 - 38 | 32.7 | | PTT | CONTROL | | | Basos | | | | | |
| | PLT | 150 - 300 | 166 | | | PATIENT | | | | | | | | |

10:30 AM    TECH: BPL    DATE: 11-24-95

WEDOWEE HOSPITAL    P.O. BOX 307    WEDOWEE, AL 36278    MEDICAL RECORDS

BPLt

MEDOWEL HOSPITAL
301 North Main Street
Midway, AL 36078

RADIOLOGY REPORT

---

```
-------NAME--------- -- NUMBER  SEX AGE   ADMIT    DISC.   MED.RECORD# TYPE ROOM#
HOLLOWAY ROSCOE L      053949   M   31  11/24/95  11/24/95                  O/P
DATE OF BIRTH:  1/01/1964                                 ____PHYSICIAN____
    PHYSICIAN:   5300 ROBINSON MICHAEL T                  ROBINSON M
```

---

X-RAY # 33374

---

Examinations Desired: C-S, SKULL, LEFT HAND, MANDIBLE

---

Reason for Examination: FIGHT IN COUNTY JAIL

---

Report of X-Ray Findings-opinion and Recommendations:

11-24-95

LEFT HAND: No bony or joint abnormalities are seen.

MANDIBLE: No bony abnormalities are seen.

SKULL SERIES: No fractures are seen. The sella is normal. The pineal gland is calcified and is midline.

CERVICAL SPINE: No fractures or dislocations are seen. The intervertebral spaces and vertebral bodies are normal.

---

Rodolpho Celis, M.D., Radiologist

D&T: 11-28-95
RC:bmj