AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

The Middle District of Alabama

Roscoe L. Holloway

Plaintiff

V.

Jailer - John Motes
and
Jailer Johnathon Heard

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 3:05 cv1155-F

I, Roscoe Lewis Holloway, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        [X] Yes        [ ] No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Randolph County Jail P.O. Box 347 Wedowee Alabama 36278

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions. Transaction is attached.

2. Are you currently employed?        [ ] Yes        [X] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. I, Roscoe Holloway was last employed at Hodges Small Engine in Roanoke, Alabama. My take home salary was $350.00 per week. Phone # (334) 863-2468 or (334) 863-6824

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [X] No
   b. Rent payments, interest or dividends              [ ] Yes    [X] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [X] No
   d. Disability or workers compensation payments       [ ] Yes    [X] No
   e. Gifts or inheritances                             [ ] Yes    [X] No
   f. Any other sources                                 [ ] Yes    [X] No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Wife - Erma Holloway and Kids - 75% of wages.

I declare under penalty of perjury that the above information is true and correct.

12/8/05
Date

Roscoe S. Holloway
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Tansaction Detail Report
Inmate:HOLLOWAY, ROSCO(419988428)

| Date | Number | Description | Transaction Code | | Amount |
|---|---|---|---|---|---|
| ~~7/19/2005~~ | 1 | New Account | Initial Deposit - Open Account | | $10.00 |
| 7/21/2005 | 2 | Commissary Order # 100 | Commissary Order | | ($14.87) |
| ~~7/22/2005~~ | 3 | TRAV EXPRESS MO# 5409526689 | Deposit | | $40.00 |
| 7/28/2005 | 4 | Commissary Order # 101 | Commissary Order | | ($9.84) |
| 8/3/2005 | 5 | 46911498106 traveler | Deposit | | $30.00 |
| 8/4/2005 | 6 | Commissary Order # 102 | Commissary Order | 4-Mo. | ($29.38) |
| 8/10/2005 | 7 | 54095283561 traveler | Deposit | Total | $20.00 |
| 8/10/2005 | 8 | 8/4/05 | DR Fee | | ($5.00) |
| 8/11/2005 | 9 | Commissary Order # 103 | Commissary Order | $185.00 | ($15.81) |
| 8/18/2005 | 10 | Commissary Order # 104 | Commissary Order | | $0.00 |
| ~~8/24/2005~~ | 11 | TRAVELERS EXPRESS 5451000225 | Deposit | | $40.00 |
| 8/25/2005 | 12 | Commissary Order # 105 | Commissary Order | | ($18.97) |
| 9/1/2005 | 13 | Commissary Order # 106 | Commissary Order | | ($1.00) |
| ~~9/1/2005~~ | 14 | TRAVELERS EXPRESS 5451001692 | Deposit | | $100.00 |
| 9/7/2005 | 15 | Administrative Fee | Administrative Fee | | $0.00 |
| 9/8/2005 | 16 | Commissary Order # 107 | Commissary Order | | ($84.27) |
| 9/15/2005 | 17 | Commissary Order # 108 | Commissary Order | | ($12.83) |
| 9/22/2005 | 18 | Commissary Order # 109 | Commissary Order | | ($3.01) |
| 10/4/2005 | 20 | credit for ramen beef on order 09-22-200 | Commissary Order - Credit for Item TNA | | $0.45 |
| ~~10/5/2005~~ | 21 | TRAV EXPRESS MO# 4691150296 | Deposit | | $30.00 |
| 10/6/2005 | 22 | Commissary Order # 111 | Commissary Order | | ($27.72) |
| 10/13/2005 | 23 | Commissary Order # 112 | Commissary Order | | ($2.60) |
| ~~10/17/2005~~ | 24 | TRAVELERS EXPRESS 5480316110 | Deposit | | $40.00 |
| | | | | Inamte Total | $10.15 |