In The United States District Court
For The Middle District of Alabama
Eastern Division

Roscoe Lewis Holloway
    Plaintiff,

v.

Jailer John Motes, et al.,
    Defendants.

Civil Action No. 3:05-CV-1155-F
(WO)

RECEIVED 2006 JAN 11 A 9:55
DEBR
U.S.
MIDC

## Come Now As Ordered
## Motion For Objections

    Comes now the plaintiff in the above styled cause and moves this Honorable Court to allow him to object the dismissal for the above style case. Which is the Recomendation of the Magistrate Judge.

    I, Plaintiff Roscoe Lewis Holloway, cause and move this Honorable Court without prejudice to consider that this was an assualt on the Plaintiff in the above style case causing him various injuries which required him examination and treatment at a local hospital.

    Plaintiff also in the above style case by cause move this Honorable Court, that this was human and not a statute of limitations in this matter.

Plaintiff, Roscoe Lewis Holloway, would also like to advice the court that there was a case filed on November, 29TH 1995. The attorney that represented me did not follow the case up. The attorney also came to the jail for the request of my complaint on November 29TH, 1995. This is the Attorney Below.

Attorney At Law
Micheal Jazwinki
998 Main Street
Roanoke Alabama 36274

Plaintiff, Roscoe Lewis Holloway Respectfully requests this Honorable Court grant his motion for the objection of the Recomendation of the Magistrate Judge in the Civil Action Case No. 3:05-CV-1155-F.

Respectfully Submitted this 9TH Day of January 2006,

Roscoe Lewis Holloway