A/S-154358" Roscoe L. Holloway
P.O. Box 750
Mont Miegs, Al. 36057

RECEIVED  1/23/06

2006 JAN 24  A 9:55

To The Office Clerk:    05 CV 25

Dear Clerk,

   I'm "plaintiff, Roscoe L. Holloway". I'm now at the Alabama Department of Corrections.

Dear Sir/Madam,

   I'll be here until February 3, 06 before I move to my housing location. If you have any Mail for the Cases I have with your Court please send now.

Dear Clerk,

   May I advise the courts, in order for me to receive legal Mail, My prison I.D. Number must be on Mail. My prison I.D. Number is 154358. My Cases Number are below. All but one, I'm waiting for it to be supplied by Court Clerk of The Middle District of Alabama. Holloway V. Assi. D.A. Amy Newson etal. for the Randolph Count Circuit Court.

Civil Action No. 3:03 CV 995-T
Civil Action No. 3:05-CV-1155-F

                    Sincerely,
                    Roscoe L. Holloway