IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

ROSCOE LEWIS HOLLOWAY, #154358, )
)
    Plaintiff, )
v. ) CASE NO. 3:05-cv-1155-MEF
)     WO
JOHN MOTES, *et al.,* )
)
    Defendants. )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #5) to the Recommendation of the Magistrate Judge (Doc. #4) filed on January 11, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on January 6, 2006 is adopted;

3. The complaint is DISMISSED with prejudice prior to service pursuant to the provisions of 28 U.S.C. § 1915(3)(2)(B)(i) as the complaint is not filed within the time prescribed by the applicable period of limitations.

DONE this the 27th day of January, 2006.

                                                  /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE