IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

ROSCOE LEWIS HOLLOWAY, #154358, )
)
    Plaintiff, )
v. ) CASE NO. 3:05-cv-1155-MEF
) WO
JOHN MOTES, *et al.,* )
)
    Defendants. )

# FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is dismissed with prejudice.

DONE this the 27th day of January, 2006.

                          /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE